L. E. Davis *v.* L. A. Whittington *et al.*

(Division A. May 19, 1924.)

[100 So. 195. No. 24045.]

Appeal from chancery court of Franklin county.
Hon. R. W. Cutrer, Chancellor.

*Theo. McKnight,* and *Truly & Truly,* for appellant.

*L. A. Whittington,* for appellees.

Smith, C. J., delivered the opinion of the court.

Two errors only appear in the decree of the court below: (1) The attorney's fee provided in the notes should have been allowed; and (2) the appellee should not have been allowed credit for interest on the mortgage to the Federal Farm Loan Bank.

The decree of the court below will be reversed, and a decree will be rendered here in accordance with this opinion.

*Reversed and decree here.*